Fritz J. Firman, Bar No. 117011
Joseph A. Weber, Bar No. 133297
WEBER FIRMAN
1503 S. Coast Drive, Suite 209
Costa Mesa, California 92626
Tel: (714) 433-7185 Fax: (714) 662-0302
Email: firmanweber@gmail.com

Attorneys for Plaintiff, Katheryn L. Siroonian

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATHERYN L. SIROONIAN,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendants. | CASE NO. 8:20-CV-02289-CJC-JDE<br>Judge Assigned to Case:<br>Hon. Cormac J. Carney<br><br>NOTICE OF SETTLEMENT<br><br>TRIAL DATE<br>DATE: June 6, 2023<br>TIME: 8:30 AM<br>CTRM: 9B |

TO: The Honorable Cormac J, Carney, United States District Court Judge and all parties in interest:

Please take notice that the above captioned action has been settled.

Dated:   March 15, 2023

WEBER FIRMAN

Fritz J. Firman
Attorneys for Plaintiff
Katheryn L. Siroonian

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

**Katheryn L. Siroonian v. Bayview Loan Serviving, LLC**
Case No. 8:20-CV-02289-CJC-JDE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1503 South Coast Drive, Suite 209 Costa Mesa, CA 92626.

On March 17, 2023, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at shows direction the service is made.

Executed on March 17, 2023, at Costa Mesa, California.

/s/ Zac Ingalls
Zac Ingalls

**SERVICE LIST**
**Katheryn L. Siroonian v. Bayview Loan Servicing, LLC**
**Case No. 8:20-CV-02289-CJC-JDE**

Counsel for Defendant

Ian A. Rambarran
Klinedinst P.C.
801 K Street, Suite 2100
Sacramento, CA 95814