Fritz J. Firman, Bar No. 117011
Joseph A. Weber, Bar No. 133297
WEBER FIRMAN
1503 S. Coast Drive, Suite 209
Costa Mesa, California 92626
Tel: (714) 433-7185 Fax: (714) 662-0302
Email: firmanweber@gmail.com

Attorneys for Plaintiff, Katheryn L. Siroonian

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATHERYN L. SIROONIAN,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendants. | CASE NO. 8:20-CV-02289-CJC-JDE<br>Judge Assigned to Case:<br>Hon. Cormac J. Carney<br><br>**STIPULATION TO DISMISS CASE PURSUANT TO F.R.CIV.P. 41 (1)(A)(II)** |

Whereas the parties have entered into a confidential settlement agreement;

It is hereby stipulated and agreed that the above captioned case, case number 8:20-CV-02289-CJC-JDE shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii).

STIPULATION TO DISMISS CASE

IT IS SO STIPULATED.

Dated: March 17, 2023

By: _____
Fritz J. Firman
Attorney for Plaintiff
Katheryn L. Siroonian

IT IS SO STIPULATED.

Dated: March 20, 2023

By: /s/ Ian A. Rambarran
Ian A. Rambarran
Attorneys for Defendant Bayview Loan Servicing, LLC

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Fritz J. Firman, hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories concur in the filing's content.

Respectfully submitted,
WEBER FIRMAN

DATED: March 20, 2023

/s/ Fritz J. Firman
Fritz J. Firman
Attorneys for Plaintiff
Katheryn L. Siroonian

3

STIPULATION TO DISMISS CASE

# CERTIFICATE OF SERVICE

**Katheryn L. Siroonian v. Bayview Loan Serviving, LLC**
**Case No. 8:20-CV-02289-CJC-JDE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1503 South Coast Drive, Suite 209 Costa Mesa, CA 92626.

On March 20, 2023, I served true copies of the following document(s) described as **STIPULATION TO DISMISS CASE PURSUANT TO F.R.CIV.P. 41(1)(A)(ii)** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at shows direction the service is made.

Executed on March 20, 2023, at Costa Mesa, California.

/s/ Zac Ingalls
Zac Ingalls

## SERVICE LIST
### Katheryn L. Siroonian v. Bayview Loan Servicing, LLC
### Case No. 8:20-CV-02289-CJC-JDE

Counsel for Defendant

Ian A. Rambarran
Klinedinst P.C.
801 K Street, Suite 2100
Sacramento, CA 95814

5

STIPULATION TO DISMISS CASE